```
1  FRAILING, ROCKWELL, KELLY & DUARTE
   By: Jeffrey R. Duarte
2  State Bar No. 186190
   P.O. Box 0142
3  Modesto, CA  95353-0142
   Telephone: (209) 521-2552
4  FAX: (209) 526-7898

5  Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA THOMPSON, | NO. 1:09-CV-01180-DLB |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO EXTEND TIME |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that plaintiff shall have an extension of time to March 28, 2010 to serve plaintiff's confidential letter brief.

///

///

///

///

///

Plaintiff needs additional time to further review the file and prepare the letter brief.

Respectfully submitted,

FRAILING, ROCKWELL, KELLY & DUARTE

Dated: February 22, 2010   By */s/ Jeffrey R. Duarte*
                          Jeffrey R. Duarte
                          Attorney for Plaintiff


Dated: February 22, 2010   Benjamin B. Wagner
                           United States Attorney
                           Lucille Gonzales Meis
                           Regional Chief Counsel, Region IX
                           Social Security Administration

                           By */s/ Mark A. Win*
                           (As authorized via telephone)
                           Mark A. Win
                           Special Assistant U.S. Attorney
                           Attorneys for Defendant


IT IS SO ORDERED.

**Dated:   February 22, 2010**          **/s/ Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE