1  FRAILING, ROCKWELL, KELLY & DUARTE
   By: Jeffrey R. Duarte
2  State Bar No. 186190
   P.O. Box 0142
3  Modesto, CA  95353-0142
   Telephone: (209) 521-2552
4  FAX: (209) 526-7898

5  Attorneys for Plaintiff

6

7

8

9             IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  RHONDA THOMPSON,                    NO. 1:09-CV-01180-DLB

13         Plaintiff,

14  vs.                                 STIPULATION AND ORDER
                                        TO EXTEND TIME
15  Michael J. Astrue,
    Commissioner of Social
16  Security,

17         Defendant.
18  _____

19

20     IT IS HEREBY STIPULATED by and between the parties, subject

21  to the approval of the Court, that plaintiff shall have an

22  extension of time to March 28, 2010 to serve plaintiff's

23  confidential letter brief.

24  ///

25  ///

26  ///

27  ///

28  ///

1    Plaintiff needs additional time to further review the file
2 and prepare the letter brief.
3                                        Respectfully submitted,
4
5                                        FRAILING, ROCKWELL, KELLY & DUARTE
6
7 Dated: February 22, 2010      By */s/ Jeffrey R. Duarte*
                                 Jeffrey R. Duarte
8                                Attorney for Plaintiff
9
10
11 Dated: February 22, 2010      Benjamin B. Wagner
                                 United States Attorney
                                 Lucille Gonzales Meis
12                               Regional Chief Counsel, Region IX
                                 Social Security Administration
13
14                               By */s/ Mark A. Win*
                                 (As authorized via telephone)
15                               Mark A. Win
                                 Special Assistant U.S. Attorney
16                               Attorneys for Defendant
17
18    IT IS SO ORDERED.
19    **Dated:   February 22, 2010**           **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE
20
21
22
23
24
25
26
27
28