```
BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney
        333 Market Street, Suite 1500
        San Francisco, California 94105
        Telephone: (415) 977-8934
        Facsimile: (415) 744-0134
        E-Mail: Shea.Bond@ssa.gov
Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| RHONDA THOMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:09-cv-1180 DLB<br><br>**STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and**<br><br>**REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Counsel will instruct the Administrative Law Judge ("ALJ") to take the following action:

The ALJ will not disturb the favorable portion of decision.  The ALJ will allow the claimant to submit additional medical evidence to support her claim of disability prior to February 1, 2007; obtain additional evidence from the treating sources to clarify the claimant's physical and mental status and residual functional capacity for the period prior to February 1, 2007, to include medical source statements; reevaluate all the medical

source opinions of record, particularly the opinions by Dr. Sutter, Dr. Cohen and Dr. Gregg; reevaluate the claimant's credibility pursuant to SSR 96-7p; obtain evidence from medical experts specializing in psychiatry and orthopedics to clarify the claimant's mental and physical status prior to February 1, 2007, to assist in determining the date of disability onset pursuant to SSR 83-20; reevaluate the claimant's residual functional capacity for the period prior to February 1, 2007, pursuant to SSR 96-8p; and if necessary, obtain supplemental vocational expert testimony.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: May 13, 2010  /s/ *Jeffrey Duarte*
(As authorized via facsimile)
JEFFREY DUARTE
Attorney for Plaintiff

Dated: May 13, 2010  BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Shea Lita Bond*
SHEA LITA BOND
Special Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: **May 14, 2010**     **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE