IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA THOMPSON,           )<br>                            )<br>            Plaintiff,       )<br>                            )<br>                            )<br>                            )<br>    vs.                     )<br>                            )<br>MICHAEL J. ASTRUE, Commissioner of )<br>Social Security,            )<br>                            )<br>            Defendant.       )<br>_____) | 1:09cv01180 DLB<br><br>ORDER GRANTING<br>EXTENSION OF TIME<br><br>(Document 18) |

Plaintiff filed the instant complaint challenging the denial of benefits on July 7, 2009.

On May 14, 2010, the Court granted the parties' stipulation for remand for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment was entered in favor of Plaintiff on May 14, 2010.

On August 13, 2010 , the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to file a motion for award of attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  The parties' request is GRANTED.  Plaintiff's application for attorney fees SHALL be filed on or before September 10, 2010.

IT IS SO ORDERED.

Dated:   **August 16, 2010**                    **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

1